**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **A.A., et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | 5:05-CV-107 |
| | : | |
| **HOUSTON COUNTY SCHOOL DISTRICT,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on Defendant's motion to strike Plaintiffs' brief that is in excess of this Court's page limitation rules and Plaintiffs' motion for leave to file said brief. Due to the nature of the case before the Court, the Court will allow Plaintiffs' brief to be filed in excess of the normal page limitation. However, Defendant shall also be permitted to file a supplemental brief, consisting of no more than 20 pages, in order to respond to the additional arguments in Plaintiffs' brief. Finally, the parties are instructed to file briefs containing font no smaller than 12-point font.

SO ORDERED this 4th day of October, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT COURT**